IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATALIE WILSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AUDIO VISUAL SERVICES GROUP, LLC; RUSSELL HOAG; DOE DEFENDANTS 1-25,<br><br>　　　　　Defendants. | CIV. NO. 20-00531 JMS-RT |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND

Findings and Recommendation having been filed and served on all parties on May 25, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion to Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 15, 2021.



　/s/ J. Michael Seabright
　J. Michael Seabright
　Chief United States District Judge